TOWN OF WEST ORANGE ET AL., APPELLANTS, v. STATE
BOARD OF TAX APPEALS, RESPONDENT.

Argued February 5, 1936—Decided May 14, 1936.

For the appellants, *Samuel D. Williams*.

For the respondent, *Edward P. Stout*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 8.

*For reversal*—CASE, BODINE, JJ. 2.